NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: CHRISTOPHER PRIMBAS, PHILIP THOMAS STAMATAKY, OMNI INVESTORS GROUP, INC.,

*Appellants*

———————————

2019-1062

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/046,837.

———————————

## JUDGMENT

———————————

JEREMY COOPER DOERRE, Tillman Wright PLLC, Charlotte, NC, argued for appellants.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, ROBERT J. MCMANUS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>November 8, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>